\*\* E-filed March 25, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNABE MORA,<br><br>    Plaintiff,<br>v.<br>WACHOVIA MORTGAGE, et al.,<br><br>    Defendants. | No. C10-05951 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiff instituted this action on December 28, 2010, but she has failed to pay the filing fee or request to proceed in forma pauperis. Docket Nos. 1, 3.

This civil case was randomly assigned to this Court for all purposes including trial. Plaintiff has yet to file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. Since she has not done so, this Court ORDERS the Clerk of the Court to reassign this case to a district court judge. All current dates and deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: March 25, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-05951 HRL Notice will be electronically mailed to:**

**Notice will be provided by other means to:**

Bernabe Mora
11035 Del Monte Avenue
#18
Castroville, CA 95012

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**