1    **E-Filed 6/27/2011**

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                     **SAN JOSE DIVISION**

11

12   BERNABE MORA,                          Case Number 5:10-cv-05951-JF (HRL)

13                    Plaintiff,            ORDER DISMISSING ACTION SUA
                                            SPONTE FOR LACK OF SUBJECT
14           v.                             MATTER JURISDICTION

15   WACHOVIA MORTGAGE FSB, et al.,

16                    Defendants.

17

18

19        On December 29, 2010, Plaintiff filed an untitled document that apparently was intended

20   to "remove" to this Court a state court action that had been pending in the Monterey County

21   Superior Court.  At a case management conference on June 10, 2011, Plaintiff stated that he was

22   proceeding in this Court because he did not like the manner in which the state court was

23   conducting the litigation.

24        The right to remove an action from state court to federal district court is vested

25   exclusively in "the defendant or the defendants." 28 U.S.C. § 1441(a); *see also Southland Corp.*

26   *v. Estridge*, 456 F. Supp. 1296, 1301 (C.D. Cal. 1978) (plaintiff may not remove its own action

27   to federal court).  Because there is no statutory authority for Plaintiff's purported removal and no

28   federal claim is asserted, this Court lacks subject matter jurisdiction.

1    Moreover, the essence of Plaintiff's claim is a request that this Court "review" the

2   rulings of the state courts.  It is well settled that federal district courts do not have jurisdiction to

3   review state court rulings.  *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482

4   (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415-16 (1923).

5    Accordingly, this action is hereby DISMISSED WITH PREJUDICE for lack of subject

6   matter jurisdiction.

7    IT IS SO ORDERED.

8

9   DATED:  6/23/2011

    _____
10   JEREMY FOGEL
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11

| | |
|---|---|
| 12  BERNABE MORA, | Case Number 5:10-cv-05951-JF (HRL) |
| 13                    Plaintiff, | |
| | CERTIFICATE OF SERVICE |
| 14              v. | |
| 15  WACHOVIA MORTGAGE FSB, et al., | |
| 16                    Defendants. | |

17

18      I, the undersigned, hereby certify that I am an employee of the Office of the Clerk,
United States District Court, Northern District of California.

19

20      On Monday, June 27, 2011, I served a true and correct copy of the attached document on
each of the persons hereinafter listed by placing said copy in a postage paid envelope and
depositing said envelope in the United States mail, or by placing said envelope in the outgoing

21  mail delivery receptacle located in the Clerk's Office:

22

Bernabe Mora

23  11035 Del Monte Avenue
#18

24  Castroville, CA 95012

25  DATED:   6/27/2011                         For the Court
Richard W.  Weiking, Clerk

26
By:  _____/s/_____

27                                            Diana Munz
Courtroom Deputy Clerk

28

3