\*\*E-Filed 10/7/2011\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BERNABE MORA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WACHOVIA MORTGAGE FSB, et al.,<br><br>　　　　　Defendants. | Case Number 5:10-cv-05951-JF (HRL)<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>[re: dkt entry 16] |

On June 27, 2011, this Court dismissed Plaintiff's action for lack of subject matter jurisdiction. On July 19, 2011, Plaintiff filed a document (dkt entry 16) entitled "Notice of Appeal FRCP 8(A) Order Dated June 23, 2011." The document was docketed as a "Motion for Reconsideration." It is unclear whether this document is directed to this Court or to the Court of Appeals. To the extent that Plaintiff seeks reconsideration of this Court's order dismissing the action, such motion is DENIED.

　　　　IT IS SO ORDERED.

DATED: 10/7/2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　United States District Judge

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BERNABE MORA,<br><br>    Plaintiff,<br><br>    v.<br><br>WACHOVIA MORTGAGE FSB, et al.,<br><br>    Defendants. | Case Number 5:10-cv-05951-JF (HRL)<br><br>CERTIFICATE OF SERVICE |

    I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

    On October 7, 2011, I served a true and correct copy of the attached document on each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Bernabe Mora
11035 Del Monte Ct #18
Castroville, CA 95012

Bernabe Mora
11035 Del Monte Ave[1] #18
Castroville, CA 95012

DATED: 10/7/2011

For the Court
Richard W. Weiking, Clerk

By:           /s/
Snooki Puli
Supervisor, San Jose Division

---

[1] Although the docket reflects that Plaintiff's address of record is "11035 Del Monte *Ct* #18," his recent filings indicate that the address is "11035 Del Monte *Ave* #18." The Court's order has been mailed to both addresses.

2